PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:24-MC-00109-DJC-JDP |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF ELECTION |
| APPROXIMATELY $77,700.00 IN U.S. CURRENCY, | |
| Defendant. | |

    NOTICE IS HEREBY GIVEN that potential claimant Adriana Jones ("Jones"), the only potential claimant in the case referred by the Drug Enforcement Administration ("DEA") to the U.S. Attorney's Office, has withdrawn the claim she submitted to the DEA during the administrative forfeiture of the above-referenced defendant currency.

    As Jones was the only potential claimant to the defendant currency, this case may be closed, and

///
///
///
///
///
///

1

Notice of Election

1 the DEA will continue with the administrative forfeiture of the defendant currency.  Accordingly, the

2 United States requests the Court to close this miscellaneous case.

3 Dated: 5/1/2024

PHILLIP A. TALBERT
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney